**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS A. SIMONIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-01615 |
| ) | |
| MAYBELLINE LLC, ) | Hon. Virginia M. Kendall |
| ) | |
| Defendant. ) | |

## NOTICE OF RECENT RELATED DECISION

Defendant Maybelline LLC ("Maybelline"), by and through its undersigned counsel, respectfully submits this Notice of Recent Related Decision. Since the recent briefing on Maybelline's Motion to Transfer [dkt. No. 25], the United States District Court for the Northern District of California, San Jose Division, in *San Francisco Technology, Inc. v. The Glad Products Company, et al.,* Case No. 10-00966, severed and transferred plaintiff's false marking complaint against Maybelline to the Southern District of New York, the exact remedy sought by Maybelline in this case. A copy of the opinion is attached hereto as Exhibit A. A copy of San Francisco Technology, Inc.'s ("SFTI") complaint (which pre-dates the complaint in the instant case) is attached hereto as Exhibit B.

The presence of a related litigation in the transferee forum is relevant to transfer. *Keppen v. Burlington Northern Railroad Co.*, 749 F. Supp. 181, 184 (N.D. Ill. 1990). The instant case and the recently transferred case both involve the alleged false marking of the same expired patents by the same entity (Maybelline) on one of the same product lines (Lash Discovery®). (*Compare* Ex. B, ¶ 100 *with* Dkt. 1.)

Maybelline also submits as Exhibit C a recent decision out of the United States District Court for the Eastern District of Pennsylvania in *Hollander v. Etymotic Research, Inc.*, No. 10-

cv-526 (E.D. Pa. July 2010). That decision, in particular Section III beginning on page 7, is relevant to the issues raised by Maybelline in its motion to dismiss (Dkt. 20).

Respectfully submitted,

/s/Jeffrey M. Drake
Jeffrey M. Drake
Wood Phillips
500 West Madison Street
Suite 3800
Chicago, IL 60661-2562
Ph: (312) 876-1800
jmdrake@woodphillips.com.

Of Counsel:

Francis DiGiovanni
Geoffrey A. Zelley
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, Delaware 19899
Ph: (302) 658-9141
fdigiovanni@cblh.com
gzelley@cblh.com

*Attorneys for Defendant Maybelline LLC*

**CERTIFICATE OF SERVICE**

I, Jeffrey M. Drake, hereby certify that on the July 20, 2010 the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorney(s) of record that the document is available for viewing and downloading from CM/ECF:

Joseph M. Vanek, Esquire
David P. Germaine, Esquire
Jeffrey R. Moran, Esquire
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive
Suite 4050
Chicago, IL  60606
Ph:     (312) 224-1500
Fax:    (312) 224-1510
(jvanek@vaneklaw.com)
(dgermaine@vaneklaw.com)
(jmoran@vaneklaw.com)

Eugene M. Cummings, Esquire
David M. Mundt, Esquire
David Lesht, Esquire
Martin Goering, Esquire
Konrad V. Sherinian, Esquire
Panasarn Aim Jirut, Esquire
Jessica Rissman, Esquire
EUGENE M. CUMMINGS, P.C.
One North Wacker Drive
Suite 4130
Chicago, IL  60606
Ph:     (312) 984-0144
Fax:    (312) 984-0146
(ecummings@emcpc.com)
(dmundt@emcpc.com)
(dlesht@emcpc.com)
(mgoering@emcpc.com)
(ksherinian@emcpc.com)
(ajirut@emcpc.com)
(jrissman@emcpc.com)

Bruce S. Sperling, Esquire
Robert D. Cheifetz, Esquire
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL  60603
Ph:     (312) 641-3200
Fax:    (312) 641-6492
(bss@sperling-law.com)
(robc@sperling-law.com)

*Attorneys for Plaintiff*
*Thomas A. Simonian*

By:    /s/Jeffrey M. Drake
       Jeffrey M. Drake