**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS A. SIMONIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:10-cv-01615 |
| | ) |
| MAYBELLINE LLC, | ) Hon. Virginia M. Kendall |
| | ) |
| Defendant. | ) |

## NOTICE OF ADDITIONAL RECENT RELATED DECISIONS

Defendant Maybelline LLC ("Maybelline"), by and through its undersigned counsel, respectfully submits this Notice of Additional Recent Related Decisions. Specifically, the two attached opinions are relevant to Maybelline's Motion to Dismiss [dkt. No. 19]:

- *United States v. Wham-O, Inc.*, No. 2:10-cv-435-AJS (W.D. Pa. Aug. 3, 2010) (Exhibit A hereto); and

- *Shizzle Pop, LLC v. Aviva Sports, Inc.*, No. CV-10-2574-RGK (C.D. Cal. Aug. 5, 2010) (Exhibit B hereto).


Respectfully submitted,

/s/Jeffrey M. Drake
Jeffrey M. Drake
Wood Phillips
500 West Madison Street
Suite 3800
Chicago, IL 60661-2562
Ph: (312) 876-1800
jmdrake@woodphillips.com

Of Counsel:

Francis DiGiovanni
Geoffrey A. Zelley
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, Delaware 19899
Ph:  (302) 658-9141
fdigiovanni@cblh.com
gzelley@cblh.com

*Attorneys for Defendant Maybelline LLC*

**CERTIFICATE OF SERVICE**

I, Jeffrey M. Drake, hereby certify that on the August 9, 2010 the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorney(s) of record that the document is available for viewing and downloading from CM/ECF:

Joseph M. Vanek, Esquire
David P. Germaine, Esquire
Jeffrey R. Moran, Esquire
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive
Suite 4050
Chicago, IL  60606
Ph:     (312) 224-1500
Fax:    (312) 224-1510
(jvanek@vaneklaw.com)
(dgermaine@vaneklaw.com)
(jmoran@vaneklaw.com)

Eugene M. Cummings, Esquire
David M. Mundt, Esquire
David Lesht, Esquire
Martin Goering, Esquire
Konrad V. Sherinian, Esquire
Panasarn Aim Jirut, Esquire
Jessica Rissman, Esquire
EUGENE M. CUMMINGS, P.C.
One North Wacker Drive
Suite 4130
Chicago, IL  60606
Ph:     (312) 984-0144
Fax:    (312) 984-0146
(ecummings@emcpc.com)
(dmundt@emcpc.com)
(dlesht@emcpc.com)
(mgoering@emcpc.com)
(ksherinian@emcpc.com)
(ajirut@emcpc.com)
(jrissman@emcpc.com)

*Attorneys for Plaintiff*
*Thomas A. Simonian*

Bruce S. Sperling, Esquire
Robert D. Cheifetz, Esquire
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL  60603
Ph:     (312) 641-3200
Fax:    (312) 641-6492
(bss@sperling-law.com)
(robc@sperling-law.com)

By:    /s/Jeffrey M. Drake
       Jeffrey M. Drake